**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| BLUE SPIKE, LLC, | Civil Action No. 6:13-CV-00679 (lead case) |
| Plaintiff, | |
| v. | Hon. Robert W. Schroeder, III |
| HUAWEI TECHNOLOGIES CO., LTD., *et al.* | |
| Defendants. | |

## JOINT STIPULATION OF NON-WAIVER OF PERSONAL JURISDICTION DEFENSE

Plaintiff Blue Spike, LLC ("Blue Spike") filed suit against Defendant Beijing Xiaomi Technology Co., Ltd. ("Xiaomi") on October 14, 2013. *See* (*Blue Spike, LLC v. Beijing Xiaomi Tech., Co., Ltd.*, Case No. 6:13-cv-00773, D.I. 1 (E.D. Tex. Oct. 13, 2013).)  On February 21, 2014, the Court consolidated a number of Blue Spike matters, including the action against Xiaomi, into the above-captioned lead case: *Blue Spike, LLC v. Huawei Techs., Co. Ltd.*, Case No. 6:13-cv-00679.  On December 3, 2014, Xiaomi specially appeared in this case and filed a Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue. *See* (D.I. 65.)  That motion was fully briefed on January 26, 2015, and is still pending on the Court's docket. *See* (D.I. 72.)

On July 14, 2015, the Court ordered the parties to appear at a Scheduling Conference on July 31, 2015, which required the consolidated defendants (including Xiaomi) and Blue Spike to submit to the Court a docket control order and discovery order. *See* (D.I. 76.)  Xiaomi specially appeared and joined the required notice but maintained its challenge to the Court's jurisdiction. *See* (D.I. 81 at 1, n.1).  Xiaomi also specially appeared at the required scheduling conference on

July 31, 2015, during which Blue Spike and Xiaomi agreed that any action taken by Xiaomi prior to the Court's resolution of Xiaomi's motion to dismiss shall not be construed as waiver of Xiaomi's objection to this Court's jurisdiction.

As such, Xiaomi and Blue Spike hereby submit this joint stipulation with the Court to memorialize the parties' agreement that Xiaomi has thus far only appeared specially in this case to contest the Court's jurisdiction and any future action taken by Xiaomi, prior to the Court's resolution of Xiaomi's motion to dismiss for lack of personal jurisdiction (D.I. 65), shall not be construed as Xiaomi submitting to this Court's jurisdiction or as a waiver of such defense.

Dated:   August 14, 2015    Respectfully submitted,

| | |
|---|---|
| /s/ *Randall T. Garteiser* | */s/ Eman Sojoodi* |
| Randall T. Garteiser | J. David Hadden, CSB No. 176148 |
|   Lead Attorney | Email:  dhadden@fenwick.com |
|   Texas Bar No. 24038912 | (Admitted E.D. Texas) |
|   rgarteiser@ghiplaw.com | Saina S. Shamilov, CSB No. 215636 |
| Christopher A. Honea | Email:  sshamilov@fenwick.com |
|   Texas Bar No. 24059967 | (Admitted E.D. Texas) |
|   chonea@ghiplaw.com | Eman Sojoodi, CSB No. 264293 |
| Christopher S. Johns | Email:  esojoodi@fenwick.com |
|   Texas Bar No. 24044849 | (Admitted E.D. Texas) |
|   cjohns@ghiplaw.com | Ravi Ranganath, CSB No. 272981 |
| Kirk J. Anderson | Email:  rranganath@fenwick.com |
|   California Bar No. 289043 | (Admitted E.D. Texas) |
| Molly A. Jones | |
|   California Bar No. 301419 | **FENWICK & WEST LLP** |
|   mjones@ghiplaw.com | Silicon Valley Center |
| **GARTEISER HONEA, P.C.** | 801 California Street |
| 119 W. Ferguson St. | Mountain View, CA 94041 |
| Tyler, Texas 75702 | Telephone: |
| (903) 705-7420 | Facsimile: |
| (888) 908-4400 fax | |
| | Attorneys for Defendant |
| *Counsel for Blue Spike LLC* | **BEIJING XIAOMI TECHNOLOGY CO., LTD.** |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically through the Court's ECF System in compliance with Local Rule CV-5(a) on August 14, 2015.

*/s/ Eman Sojoodi*
Eman Sojoodi